**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | |
|---|---|
| Michael Scott Rast, ) | Civil Action No. 0:13-cv-03058-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Carolyn W. Colvin, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. _____ ) | |

**ORDER**

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, has moved the Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand to her for further administrative proceedings. (ECF No. 16). Defendant further represents that Plaintiff consents to this motion *Id.* at 1.

On order of the court, this case will be remanded to the Appeals Council. The Appeals Council will direct the Administrative Law Judge ("ALJ") to further evaluate the record in light of the new medical opinion submitted to the Appeals Council at Exhibit 17F.

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby,

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the case to the Commissioner for further administrative proceedings as set out above.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

September 24, 2014
Columbia, South Carolina

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.